**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| PAUL F. JANNUZZO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:15-cv-2445-TWT |
| GLOCK, INC., et al, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**DEFENDANTS GLOCK, INC., CONSULTINVEST, INC.
AND JOHN F. RENZULLI'S MOTION TO DISMISS**

Defendants Glock, Inc., Consultinvest, Inc., and John F. Renzulli respectfully move the Court to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In further support of the motion, these defendants rely on the Brief in Support of Motion to Dismiss, including incorporated documents and exhibits, and such other and further argument as may be presented by Glock, Inc., Consultinvest, Inc., and Mr. Renzulli on reply and at any hearing on this motion.

To the extent the other defendant, Robert Core, makes any additional argument that would support the dismissal of the Complaint or any of its claims,

1356439.1

1

these defendants hereby refer to and incorporate those arguments in support of

their own motion to dismiss.

This 21st day of September, 2015,

Respectfully submitted:

*/s/ Ronan P. Doherty*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Ronan P. Doherty
Georgia Bar No. 224885
doherty@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Seals Bersinger
Georgia Bar  No. 502720
bersinger@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Tower
1201 W. Peachtree Street, N.W.
Atlanta, Georgia  30309
Tel. (404) 881-4100
Fax (404) 881-4111

*Counsel for Defendants Glock, Inc.,*
*Consultinvest, Inc., and John F. Renzulli*

1356439.1

2

## CERTIFICATE OF SERVICE

I, hereby certify that on September 21, 2015, I electronically filed the

foregoing **DEFENDANTS GLOCK, INC., CONSULTINVEST, INC. AND**

**JOHN F. RENZULLI'S MOTION TO DISMISS** with the Clerk of Court using

the CM/ECF system, which will automatically send e-mail notification of such

filing to the attorneys of record for all parties.

/s/Ronan P. Doherty
Georgia Bar No. 224885
doherty@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel.  (404) 881-4100
Fax  (404) 881-4111

1356439.1

3