**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PAUL F. JANNUZZO,
        Plaintiff,

    v.

GLOCK, INC.; *et al.*,
        Defendants.

Case No. 1:15-cv-02445-TWT

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

On February 24, 2016, this Court granted Plaintiff leave to amend his Complaint.[1]  In response to that Amended Complaint[2], Defendants filed a motion to dismiss on the same grounds that they had previously moved to dismiss Plaintiff's Complaint.  Defendants' motion merely incorporates their prior briefing on the original motions to dismiss.

In response, Plaintiff hereby incorporates all of his prior filings in opposition to Defendants' motions to dismiss, including his consolidated response in opposition to Defendants' motions and his surreply in further opposition.[3]  For all of the reasons set forth in those papers, Defendants' motions to dismiss are

---

[1]    ECF No. 40.

[2]    ECF No. 41.

[3]    ECF Nos. 31, 36.

without merit and must be denied.

Respectfully submitted this 15th day of March 2016.

<table>
<tr><td></td><td>/s/ Kristina M. Jones</td></tr>
<tr><td>SMITH LLC</td><td>John Da Grosa Smith</td></tr>
<tr><td>1320 Ellsworth Industrial Blvd.</td><td>Georgia Bar No. 660946</td></tr>
<tr><td>Suite A1000</td><td>jdsmith@smithlit.com</td></tr>
<tr><td>Atlanta, GA 30318</td><td>Kristina M. Jones</td></tr>
<tr><td>Tel: (404) 605-9680</td><td>Georgia Bar No. 435145</td></tr>
<tr><td>Fax (404) 935-5226</td><td>kjones@smithlit.com</td></tr>
</table>

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that the foregoing brief has been prepared in accordance with Local Rule 5.1(C) using 13-point Book Antiqua font.

This 15th day of March 2016.

/s/ Kristina M. Jones
Kristina M. Jones
Georgia Bar No. 435145
kjones@smithlit.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 15th day of March 2016.

/s/ Kristina M. Jones
Kristina M. Jones
Georgia Bar No. 435145
kjones@smithlit.com